JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS, | Case No. CV 20-6118 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PROVE EM INVESTMENTS LLC, | |
| Defendant. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 19th day of August, 2020.

/s/
Fernando M. Olguin
United States District Judge